# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

**ADDYSEN MURIETTA**                                                       **PLAINTIFF**
**ADC #160745**

**v.**                   **CASE NO. 5:17-CV-00029 BSM**

**ANDREWS, Warden, et al.**                                            **DEFENDANTS**

## ORDER

The recommended disposition [Doc. No. 22] submitted by United States Magistrate Judge Joe J. Volpe has been received. No objections have been filed. After careful consideration, the recommended disposition is hereby adopted in its entirety. Accordingly, the clerk is directed to amend the docket to reflect the full names of defendants Jeremy Andrews and Lacamra Watson. Defendants motion for summary judgment [Doc. No. 19] is granted and Murietta's complaint [Doc. No. 2] is dismissed with prejudice. Furthermore, it is certified that an *in forma pauperis* appeal from the order and judgment would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 20th day of November 2017.

                                                                                                _____
                                                                                             UNITED STATES DISTRICT JUDGE