IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**ADDYSEN MURIETTA**  **PLAINTIFF**
**ADC #160745**

v. CASE NO. 5:17-CV-00029 BSM

**ANDREWS, Warden, et al.**  **DEFENDANTS**

## JUDGMENT

Pursuant to the order entered on this day, this case is dismissed with prejudice, and it is certified that an *in forma pauperis* appeal from the order and judgment would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 20th day of November 2017.

_____
UNITED STATES DISTRICT JUDGE